| | |
|---|---|
| Your Name: | Sergey Firsov |
| Your Address: | 333 Escuela ave, #141, Mountain view ca |
| Phone Number: | 650-2106804 |
| Email Address: | sfirsov1972@gmail.com |

Pro Se Plaintiff

**FILED**

**APR 28 2025**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**C 25 03691 KAW**

Sergey Firsov

Plaintiff,

v.

SCANDINAVIAN AIRLINES OF NORTH AMERICA, INC

Defendant.

Case Number [leave blank]

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Yes ☐    No ☒

## I.    PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

| | |
|---|---|
| Name: | Sergey Firsov |
| Address: | 333 Escuela ave, apt 141, Mountain view, CA 94040 |
| Telephone: | 650-2106804 |

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:

| | |
|---|---|
| Name: | SCANDINAVIAN AIRLINES OF NORTH AMERICA, INC |
| Address: | 1455 BROAD STREET, SUITE 115, BLOOMFIELD, NJ 07003 |
| Telephone: | (800) 221-2350 |

Defendant 2:

Name: _____

Address: _____

Telephone: _____

Defendant 3:

Name: _____

Address: _____

Telephone: _____

## II.    JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3.  My case belongs in federal court

&#9632; under <u>federal question jurisdiction</u> because it involves a federal law or right.

Which federal law or right is involved?

Montreal Convention, Breach of contract, Negligence
_____

&#9633; under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## III.    VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma.  If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit.  Check the box for each venue option that applies.

4.  Venue is appropriate in this Court because:

&#9633; a substantial part of the events I am suing about happened in this district.

&#9633; a substantial part of the property I am suing about is located in this district.

&#9633; I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

■ at least one defendant is located in this District and any other defendants are located in California.

## IV.    INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties.  The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5.  Because this lawsuit arose in ___San Francisco_____ County, it should be assigned to the ___San Francisco_____ Division of this Court.

## V.    STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6**. Use more pages as needed.

On 12/27/24 Plaintiff purchased ticket on SAS airlines route SFO-WAW-IAD with departure on 01/30/25 and return

on 02/02/25 and paid $589.99, booking QOFSNT. On 01/30/25 Plaintiff sit on flight SK936 SFO-CPH to Denmark.

Defendant made loud announcement that they will serve chicken and vegetarian pasta. But, approximately on

40th raw a chicken meal finished and Plaintiff forcerd to eat vegeterain meal. Other passengers from 40 to 65 raws

also eat only vegeterian meal. One hour later Plaintiff went to restroom in the back and found that staff are

eating Plaintiff's chicken meal. Plaintiff asked staff to provide 1 pcs to him, but they rejected because

it only for internal use. There was a lot of chicken meals. Then Plaintiff asked some juce, but staff told him

that only 1 drink is free. Plaintiff has been hungry whole long flight and has got emotional distress.

Staff explained Plaintiff that by mistake they loaded too low quantity of chicken meals.

Staff could not explain Plaintiff why did multiple chicken meals letf unused and why do staff are eatinig it?

Plaintiff has got emotional distress from this act of Defendant. Plaintiff was discriminated by

service compared to passengers in the beginning of aircraft. Staff did not provide any compensation

to passengers for forcing to be vegetarian whole flight.

On 03/20/25 Plaintiff purchased ticket on SAS airlines route SFO-WAW-YYT with departure on

04/18/25 and return on 04/20/25, booking 2ID37G and paid $1162.29. Separately Plaintiff purchased return

ticket on Porter airlines route YYT-SFO with departure on 04/21/25. On 03/24/25 Plaintiff added

pet in cabin and paid $105. On 04/20/25 in Denmark Plaintiff with dogs sit on flight SK949 CPH-YYZ to Canada.

Air-conditioner has not worked correctly, so Plaintif was not able to breathe comfortable and has to

drink water every 15min because air was too DRY. Plaintif has to breathe very slowly to confront it.

Plaintiff asked to fix conditioner, but staff was not able to change anything. After flight Plaintiff

has negative health and has to recover in wet climate. But dog became unhealthy in Canada and

Plaintiff has to put it to animal hospital due degidrating issue. Dog was not able to drink and eat well

during the flight because it was too weak due bad air quality on long flight.

Plaintiff was able to control his breath and often drink water to decrese influation from broken conditioner,

but animals could not do that and just sleep from bad air. Plaintiff and animals have got

emotional distress and damaged their health.

## VI.    CLAIMS

### First Claim

Name the law or right violated:

Montreal convention - damage passenger and baggage

Name the defendants who violated it:

SCANDINAVIAN AIRLINES OF NORTH AMERICA, INC

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Each passenger has a right to secure, safe and health flight. Defendant has a duty of care for

passenger and baggage. According to Contract of carriage Dog in cabin is substitite the carry-on bag.

Defendant breached this duty and refused to provide Plaintiff chicken meal and fix conditioner urgently.

Plaintiff was hangry whole long flight and has got emotional distress from these acts. Plaintiff damaged

his health by eating vegeterian meal because he is man and required to eat meat everyday.

Plaintiff's health and his baggage (dog) were damaged by too dry air during long flight. This caused due bad

act of Defendant. According to article 17 of Montreal convention (MC099) Defendant responsible for damage

of baggage and passenger. Plaintiff has got strong emotional distress.

According to article 20 of MC099 if the carrier proves that the damage was caused by

passenger, carrier shall be wholly or partly exonerated from its liability. Plaintiff just wanted to eat meat

as advertized and breathe clean air, this is fully fault of Defendant. According to article 22 part 5,6 of MC099 limit

of liability shall not apply if it is proved that the damage resulted from an act or omission of the carrier.

Limits from article 21 shall not prevent court from awarding the whole or part of cost, expenses, interest.

Dogs costs Plaintiff $4000 = (2*$2000), dogs were damaged by dry air who controlled by Defendant and dog

became unhealthy after flight. So, Defendant should refund to Plaintiff cost of dogs, cost of Plaintiff tickets,

cost of dog ticket, pay for emotional distress, pay hospital bills and

pay punitive damages to prevent these issues in the future with another customers.

According to article 1 part 3 of MC099 domestic flight connected with international flights

considered as single international trip, so flight SFO-WAW-SFO is a single trip. Plaintiff has a

right to file a lawsuite in arrival airport SFO. Right to connect tickets has only passenger.

1

## Second _____ Claim

2

Name the law or right violated:

3

Montreal Convention, IHR & IATA rules, contract of carriage - right to get infromation before flight

4

Name the defendants who violated it:

5

SCANDINAVIAN AIRLINES OF NORTH AMERICA INC

6

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You

7

do not need to make legal arguments. You can refer to your statement of facts.

Each passenger has a right to get information about the Rules inside aircraft and limitation of meals.

8

9

Plaintiff purchased ticket in advance on 12/27/24 and didn't know about "only 1 free drink and be vegeretian".

10

Defendant failed to inform passengers in advance that chicken is limited capacity and only 1 drink available.

11

This is unfair and deceptive practice to humilate passengers because they didn't know their rules.

12

On 01/30/25 on board Plaintiff has got emotional distress because Defendant has not notified Plaintiff

13

about strick rules that only 1 drink available and limited numbers of chicken during the flight.

14

Only on aircraft Plaintiff has known about these strange rules. And advertising before service was false.

15

International Health Regulations IHR a legally binding airlines to set a rights and obligations in managing public health

16

and inform passengers inadvance about flight limitations.

17

Defendant violated this rule and has not informed Plaintiff that ckicken and drink linited.

18

Airlines made advertising before serving that everything available, but advetising became false.

19

Airlines have a duty to provide information about future flights and meal serving.

20

Defendant breached contract of carriage, violated Montreal convention and failed to

21

notify Plaintiff about restrictions.

22

So, Plaintiff has got emotional distress due this bad act of Defendant, Plaintiff was damaged

23

during the flight from SFO. Defendant should refund everything that Plaintiff paid, plus pay for emotional

24

distress, fine for punitive damages, for humilation and discrimination.

25

26

27

28

1

## VI.    CLAIMS

2

Third Claim

3    Name the law or right violated:

4    Discrimination in service

5    Name the defendants who violated it:

6    SCANDINAVIAN AIRLINES OF NORTH AMERICA, INC

7    Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

8    do not need to make legal arguments. You can refer to your statement of facts.

9    49 USC 40127 prohibits discrimination on air transport. Staff by negligence hided chicken meal from

10   passengers from raw 40 to 60 and intentionally eat it later after meal service completed.

11   Passengers and Plaintiff who sit after 40th raw have been discriminated in food service by Defendant because

12   passengers who sit before 40th raw have got a choice in select food.

13   DOT has the authority to investigate and penalize air carriers, but

14   any person who feels he has been unfairly discriminated against while traveling by air can

15   file a lawsuit under 49 U.S.C. § 40127.

16   DOT is not doing anything usefull, so PLAINTIFF filed case to the court directly to ensure that DOT

17   will do his work properly.

18

19

20

21

22

23

24

25

26

27

28

_____4ᵗʰ_____ **Claim**

Name the law or right violated:

Breach of contract

Name the defendants who violated it:

SCANDINAVIAN AIRLINES OF NORTH AMERICA, INC

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Each arline has a duty of care passengers, baggage and toward animals to ensure that

basic needs were met. Food selection, drinks and clean good air are basic needs.

On 01/30/25 Defendant refused to provide chicken meals and 2-nd drink on

long flight from California. Plaintiff paid for service that included drinks and selection of meals.

These actions directly caused to harm Plaintiff. Plaintiff was hungry whole flight and got emotional

distress.

On 04/20/25 Defendant refused to fix air conditioner and switch mode to make air more humidity.

Air was too dry to breathe on long flight from Denmark to Toronto, so Defendant damaged

Plaintiff and his 2 dogs. Dogs are in hospital in emergency room in St.Johns, Canada because

they not able to continue flight to California. They are degidrated because not able to drink. eat and

breathe due the bad air quality inside the aircraft. Defendant should immediately fix air-conditrioner.

Dogs became unhealthy after flight. This is direct actions of Defendant.

Crew knew that air-conditioner is broken and refused to switch mode to make it more humidity on long

flight. Plaintiff may select different airline without this "stupid" rule. So, Defendant intentionally

made harm to Plaintiff and his dogs due personal hostility. Plaintiff concluded contract for carriage him and his baggs

Dogs are part of bags, separate contract was signed on 04/20/25 in WAW airport, Poland and paid $105.

Defendant breached contract by negligence and violated duty of care toward animals and passengers

Plaintiff has got damages as well as dogs were damaged their health. Plainbtiff and dogs have got

emotional distress and dogs became unhealthy after flight. This was caused by direct acts of Defendant.

Defendant should pay emotional distress and punitive damages, also refund tickets cost, dogs cost.

Defendant has bailment duty, Defendant broken this duty and dogs damaged due bad air.

1  _____5ᵗʰ_____ **Claim**

2  Name the law or right violated:

3  **TORT - Negligence**

4  Name the defendants who violated it:

5  **SCANDINAVIAN AIRLINES OF NORTH AMERICA INC**

6  Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You

7  do not need to make legal arguments. You can refer to your statement of facts.

Each arline has a duty of care passengers, baggage and toward animals.

8

9  Defendant not properly maintained aircraft and refused to fix air-conditioner and swtich mode

10  on more humidity, so on 04/20/25 Plaintiff and his 2 dogs were not able to breathe comfortable

11  Plaintiff and his dogs damaged by bad air during long flight from CPH, Denmark to SFO, USA

12  through Canada. Defendant ignored Plaintiff's requests to fix issue. Plaintiff refused from

13  oxygen because level of oxygen was good, problem was in too dry air. Defendant failed to

14  devert flight oir take corrective actions to fix issue if air-conditioner were hazardous.

15  Dogs are in hospital in emergency room in St.Johns because they are not able to continue flight to SFO

16  Defendant should pay Plaintiff cost of dogs, cost of dog ticket and cost of Plaintiff ticket.

17  Defendant should pay for emotional distress and punitive damages.

18

19  Airline has bailment duty to ensure safe transport. Defendant failed to provide proper conditions

20  that leads to damage dogs. Defendant liable for dogs' dimished value or hospital bills.

21  Dogs harmed by Defendant and Plaintiff has NIED claim under harm due negligence as dogs are

22  close family member.

23

24

25

26

27

28

_____6 th_____ **Claim**

Name the law or right violated:

False advertising B&P 17500 and California Retail Food Code 113984

Name the defendants who violated it:

SCANDINAVIAN AIRLINES OF NORTH AMERICA, INC

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make legal arguments. You can refer to your statement of facts.

Defendant made loud anouncement that available chicken and vegeratian meals, but later

by negligence said that chicken finished. Plaintiff found that ADV was false because multiple

unused chicken meals left in the back of airplane and Defendant refused Plaintiff to take it.

Claiming that chicken meal was finished Defendant violated this article on flight from SFO, California on 01/30/25

Defendant should load 100% meat meals on board to all passengers who are NOT ordered

special meal. Plaintiff has got emotional distress due this act of Defendant.

California Retail food code 113984 prohibits serving different meal than advertized. Claiming that

chicken meal was finished Defendant violated this article on flight from SFO, California.

International Health Regulations (IHR) a legally binding airlines to set a rights and obligations in managing

public health. On 01/30/25 Defendant violated this duty of care of passengers.

Plaintiff has got emotional distress and damaged his health because he is man and required

to eat meat everyday. Forcing to be vegeterian on long flight is not correct action of Defendant.

Flight was from San-Francisco, so LOCAL food should be loaded.

## VI.    CLAIMS

Second Claim

Name the law or right violated:

**TORT - Intentional Infliction of Emotional Distress (IIED)**

Name the defendants who violated it:

**SCANDINAVIAN AIRLINES OF NORTH AMERICA, INC**

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make legal arguments. You can refer to your statement of facts.

Defendant has a duty of care for passengers. On 01/30/25 plaintiff forced to be vegenerian.

Defendant lied passengers by negligence that chicken meal finished. But later, Defendant found

some chicken meals and intentionally not presented it to passngers who forced to be vegeterian

on long flight from California. Defendant intentionally hided it from Plaintiff and not allowed to

eat it because meal service already finished. Defendant intentionally consumed meals instead of

offering to Passengers. Plaintiff is man and required to eat meat everyday, his health was damaged.

Meal included in ticket price, chicken meal is more expensive than veggy meal, so Plaintiff has

a right to select what to eat. Defendant intentionally prevented Plaintiff from getting meal, does

mean these acts were intention to deceive. Defendant should pay Plaintiff for severe emotional

distress and punitive damages. Monetary amount for emotional distress should not be mentioned in claim,

so judge will decide it in trial.

## VI.    CLAIMS

Eig ~~First~~ Claim

Name the law or right violated:
FRAUD or Misrepresentation

Name the defendants who violated it:
SCANDINAVIAN AIRLINES OF NORTH AMERICA, INC

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make legal arguments. You can refer to your statement of facts.

Defendant has a duty of care for passengers. On 01/30/25 Plaintiff forced to be vegenerian.

Defendant lied passengers by negligence that chicken meals finished. But later, Defendant found some numbers of chicken meals and intentionally not presented it to passengers who forced to be vegeterian on long flight from California. Defendant intentionally hided it from Plaintiff and not allowed to eat it because meal service already finished. Defendant intentionally consumed meals instead of offering to Passengers.

Meat meal included in ticket price, so Plaintif has a right to select chicken or veggy meals toi eat.

Defendant forced Plaintiff to be vegeretian. Defendant intentioonally prevented Plaintiff from getting meal, does mean it intention to deceive. Eating Plaintiff meals shows bad faith as fraud.

This is deceptive and unfair practices of Defendant because other passengers also harmed.

Nobody showed Defendant their discontent. Defendant denied promised service and made financial harm to Plaintiff and damages his health.

_____ 9th _____ **Claim**

Name the law or right violated:

CLRA 1750 - unfair and deceptive practices

Name the defendants who violated it:

SCANDINAVIAN AIRLINES OF NORTH AMERICA, INC

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make legal arguments. You can refer to your statement of facts.

Defendant made loud anouncement that available chicken and vegeratian meals, but later

by negligence said that chicken finished. Plaintiff found that it was false because multiple

unused chicken meals left in the back of airplane and Defendant refused Plaintiff to take it.

Claiming that chicken meal was finished Defendant violated this article on flight from SFO, California on 01/30/25

Defendant should load 100% meat meals on board to all passengers who are NOT ordered

special meal. Plaintiff has got emotional distress due this act of Defendant. Multiple passengers

were unhappy to be vegeterian. This is unfair and deceptive practice of Defendant on flights

from USA and from California as well. Meals should be loaded in SFO, CA correctly.

Defendant should pay fine for punitive damages and stop this practice. Plaintiff has got

emotional distress.

_____ 10ᵗʰ **Claim**

Name the law or right violated:

Health code (State and Federal)

Name the defendants who violated it:

SCANDINAVIAN AIRLINES OF NORTH AMERICA, INC

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

FDA food code guidelines for food safety even through FAA does not directly regulates in-flight catering.

FDA Food code 3-301.11 preventing contamination of ready-to-eat food, so Defendant

misused of Plaintiff food - crew consumed chicken meal intended for Plaintiff on flight from SFO, California.

According to FDA 3-306.11 food must be protected from contamination after preparation.

Defendant made an improper food handling on flight from SFO, California and by negligence hided

chicken meals from Plaintiff and other passengers to eat it later by staff.

14 CFR 121.578 required airlines to maintain hygienic conditions of passengers food. Defendant

improperly handled Plaintiff's food and hided it from Plaintiff because it has hygienic issue.

California health and Safety code 113980 required that passenger's food must not be diverted for unauthorized

use. Crew stored and eat Plaintiff's food on flight from SFO, California.

California health and Safety code 114079 applied here as meals were inproperly labeled and stored, leading

to confusion that chicken meal was finished on flight from SFO, California. But it not…

California Retail food code 113984 prohibits serving different meal than advertized. Claiming that

chicken meal was finished Defendant violated this article on flight from SFO, California.

International Health Regulations (IHR) a legally binding airlines to set a rights and obligations in managing

public health. On 01/30/25 Defendant violated this duty of care of passengers.

Plaintiff has got emotional distress and damaged his health because he is man and required

to eat meat everyday. Forcing to be vegeterian on long flight is not correct action of Defendant.

_____ 11ᵗʰ _____ **Claim**

Name the law or right violated:

DOT Regulations 14 CFR Part 253

Name the defendants who violated it:

SCANDINAVIAN AIRLINES OF NORTH AMERICA, INC

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Defendant made loud anouncement that available chicken and vegetarian meals, but later

by negligence said that chicken finished. Plaintiff found that it was false because multiple

unused chicken meals left in the back of airplane and Defendant refused Plaintiff to take it.

Claiming that chicken meal was finished Defendant violated this article on flight from SFO, California on 01/30/25

Defendant should load 100% meat meals on board to all passengers who are NOT ordered

special meal. Plaintiff has got emotional distress due this act of Defendant. Multiple passengers

were unhappy to be vegeterian. DOT 14 CFR part 253 required to specify full condition of transportation.

Defendant violated this requirement and not mentioned to Plaintiff that chicken meals are

limited and only 1 free drink is available on long flight from California. Plaintiff was hungry!

Defendant should implement in their system in purchasing part and in check-in part that

meat meals and drinks are limited.

14 CFR Part 253 allows both passengers and DOT to file lawsuit against carriers in any court of competent

jurisdiction.

## VII.   DEMAND FOR RELIEF

State what you want the Court to do.  Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something.  If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

Defendant must reimburse Plaintiff cost of tickets $589.99 and $1'162.29

Defendant must reimburse Plaintiff cost of animals ticket $105

Defendant must reimburse Plaintiff cost of damaged dogs $4'000=(2*$2'000).

Defendant must pay Plaintiff for emotional distress and fine for punitive damages.

Defendant must implement notification for passengers about limitation of 1 free drink on the board.

Defendant must load 100% meat meals on the board for all passengers who are NOT selected special meal.

Defendant must immediately fix air-conditioner on the board to prevent this issue with another passengers.

## VIII.   DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 04/27/25   Sign Name: _____

Print Name:   Sergey Firsov

# EXHIBITS



**BOARDING PASS**

**SAS**

FIRSOV/SERGEY

PNR **QOFSNT**

NOTES FQTV/DL



| FLIGHT | DATE | TIME | FROM | TO | CLASS | GATE | SEQ | GROUP | SEAT | BOARDING AT |
|--------|------|------|------|-----|-------|------|-----|-------|------|-------------|
| SK936 | 30JAN | 1730 | SAN FRANCIS | COPENHAGEN | ML | A12 | 032 | 4 | 43D | 1650 |
| SCANDINAVIAN AIRLINES | | | SFO | CPH  SAS GO | | | | | | |
| SK2751 | 31JAN | 1650 | COPENHAGEN | WARSAW | ML | | 002 | 4 | 12C | 1620 |
| CITYJET | | | CPH | WAW  SAS GO | | | | | | |

TICKET NUMBER 1172527508129



---

**BOARDING PASS**

**SAS**

FIRSOV/SERGEY

PNR **QOFSNT**

NOTES FQTV/DL



| FLIGHT | DATE | TIME | FROM | TO | CLASS | GATE | SEQ | GROUP | SEAT | BOARDING AT |
|--------|------|------|------|-----|-------|------|-----|-------|------|-------------|
| SK752 | 02FEB | 1005 | WARSAW | COPENHAGEN | ML | 31 | 073 | 4 | 10D | 0925 |
| CITYJET | | | WAW | CPH  SAS GO | | | | | | |
| SK925 | 02FEB | 1225 | COPENHAGEN | WASHINGTON | ML | | 092 | 5 | 34F | 1140 |
| SCANDINAVIAN AIRLINES | | | CPH | IAD  SAS GO | | | | | | |

TICKET NUMBER 1172527508129





**From:** **SAS Liability** customer_liability@sas.se
**Subject:** RE: TU2025032082 - (SERGEY FIRSOV) LZ0000 [ thread::yVkoHgsWMKOwTLrQj7vjdy0:: ]
**Date:** April 16, 2025 at 2:17 AM
**To:** SFIRSOV1972@GMAIL.COM sfirsov1972@gmail.com
**Cc:** donnell.keels@dot.gov, acpd-complaints@dot.gov



**U.S. Department of Transportation, DOT**
**U.S. DOT case number**: TU2025032082
**SAS internal case number**: 06783774

_____

Dear Sergey,

Thank you for contacting us.

We are in receipt of your claim from the U.S. DOT, and are currently working on resolving this.
If we need any additional information from you, we will let you know.

We will get back to you shortly.

Best regards / Bästa hälsningar,
**Rebecca**
Customer Liability Specialist
SAS Customer Service

**SAS**
**Scandinavian Airlines System**
**Denmark-Norway-Sweden**

Address: DK-2770 Kastrup / P.O. Box 144, NO-2061 Gardermoen / SE-195 87 Stockholm
Visit: Frösundaviks Allé 1

Reg. No. Denmark: 35421041 – Norway:961 510 740 – Sweden & International: 902001-7720
flysas.com, Facebook, Twitter, Youtube

--------------- Original Message ---------------
**From:** donnell.keels@dot.gov [donnell.keels@dot.gov]
**Sent:** 2025-03-20 15:21
**To:** customer_liability@sas.se
**Cc:** donnell.keels@dot.gov
**Subject:** TU2025032082 - (SERGEY FIRSOV) LZ0000

Case # TU2025032082

Dear Customer Relations Official:

Enclosed is a copy of a complaint that we recently received about your company. Under DOT rules, airlines are required to acknowledge
receipt of a complaint to the complainant within 30 days and provide a substantive response to the complainant within 60 days. See 14 CFR
259.7(c). If your company has already received a copy of this complaint directly from the complainant or from another source, those
deadlines are calculated from the date that you first received a copy of the complaint.

*2*

In this instance there is no need to send us a copy of your reply to the complainant. If you have any questions, please refer to the case number at the top of this communication when contacting us.

Sincerely,

Donnell Keels
U.S. Department of Transportation
Aviation Consumer Protection Division

| Case Number: TU2025032082 | | | ESID: 649969 | | | |
|---|---|---|---|---|---|---|

| Consumer Information | | | | | | thread::yVkoHgsW MKOwTLrQj7vjdy0: |
|---|---|---|---|---|---|---|

| Inquirer Type | Name | Address | E-mail Address | Office Phone | Home Phone | |
|---|---|---|---|---|---|---|
| AA | SERGEY FIRSOV | 333 ESCUELA AVE, APT 141 MOUNTAIN VIEW CA 94040 | SFIRSOV1972@GMAIL.COM | | (650) 210-6804 | |

| Complaints Information | | | |
|---|---|---|---|

| Complaint Code | Carrier Name | Flight Date | Flight Itinerary |
|---|---|---|---|
| LZ0000 | SAS | 01/30/2025 | SFO-CPH |

**Description of Problem/Inquiry**

Airlines made loud announcement that they have chicken or pasta, BUT people from 40th to 60th raws have got only vegeterian pasta, because they eat chicken by staff. I saw multiple unused chicken, they just steal it to home. People were forced to be vegetarian on 10 hours flight. My booking QOFSNT

3

**From:** **Mytrip** customercare@support.us.mytrip.com 
**Subject:** Your trip is confirmed. Order number 1048-263-928
**Date:** December 27, 2024 at 12:29 PM
**To:** Sergey Firsov sfirsov1972@gmail.com



Support                    | **My Bookings** |

# Your booking is confirmed!

Hi Sergey,

Thank you for booking with Mytrip!

Please find your receipt, including any extras purchased for your booking, attached to this email.

Visit "My Bookings" for everything related to your upcoming trip, including:

- E-ticket info, check-in details, airline reference number, full trip details, and baggage information
- Upgrade or make changes to your trip and/or add extra services like seating and more
- Download your receipt/s and create business receipt

Make sure to stay updated - your trip details may change at any time.

Have a great trip!

| Order Status | Order number |
|---|---|
| **Confirmed** | **1048-263-928** |

4



## Your Trip Summary



Departure • Thursday, January 30, 2025

**17:30**     15h 40min ,1 stops     **18:10** +1

San Francisco (SFO)     Warsaw (WAW)

USA     Poland

Departure • Sunday, February 2, 2025

*5*



| 10:05 | | 15:40 |
|---|---|---|
| | 11h 35min ,1 stops | |
| Warsaw (WAW) | | Washington Dulles (IAD) |
| Poland | | USA |

**1 passenger(s):**

| First name | Last name | Age group | Gender |
|---|---|---|---|
| Sergey | Firsov | Adult | Male |

| **Total** | **589.99 USD** |
|---|---|

**View your booking**

**Things to keep in mind:**

- Check "My Bookings" for details on the baggage allowance included in your trip and to add additional baggage. If additional baggage is not listed among the available services there, contact our support to confirm availability and cost for your trip, or find more information here.

*6*

## BOARDING PASS

**SAS**

FIRSOV/SERGEY

| | PNR | NOTES |
|---|---|---|
| | 2ID37G | FQTV/DL |



| FLIGHT | DATE | TIME | FROM | TO | CLASS | GATE | SEQ | GROUP | SEAT | BOARDING AT |
|---|---|---|---|---|---|---|---|---|---|---|
| SK752 | 20APR | 1015 | WARSAW | COPENHAGEN | Mu | 028 | 158 | 4 | 8F | 0935 |
| SCANDINAVIAN AIRLINES | | | WAW | CPH SAS GO | | | | | | |
| SK949 | 20APR | 1300 | COPENHAGEN | TORONTO | Mu | | 088 | 4 | 49A | 1230 |
| SCANDINAVIAN AIRLINES | | | CPH | YYZ SAS GO | | | | | | |
| AC696 | 20APR | 1820 | TORONTO | ST JOHN'S | Ys | D34 | 099 | 4 | 30E | 1745 |
| AIR CANADA | | | YYZ | YYT ECONOMY | | | | | | |

TICKET NUMBER 1177286449387

---

## Boarding Pass / Carte d'embarquement — porter

Name/Nom
**FIRSOV/SERGEY**

Boarding Time/Heure d'embarquement
**09:15 AM**

| From/ De | To/ A |
|---|---|
| **TORONTO PEARSON INT'** | **SAN FRANCISCO** |

Gate/ Porte    Seat/ Siege
**5C**

| Flight/Vol | Carrier/ Transporteur | Reservation | Date |
|---|---|---|---|
| **PD669** | **PD669** | **WEJUWX** | **21APR25** |

Airport Handling/ Services a l'aeroport

SEQ 50    NO CARRY-ON    PorterClassic



---

## Boarding Pass / Carte d'embarquement — porter

Name/Nom
**FIRSOV/SERGEY**

Boarding Time/Heure d'embarquement
**05:30 AM**

| From/ De | To/ A |
|---|---|
| **STJOHNS NFLD** | **TORONTO PEARSON INT'** |

Gate/ Porte    Seat/ Siege
**9**    **18A**

| Flight/Vol | Carrier/ Transporteur | Reservation | Date |
|---|---|---|---|
| **PD230** | **PD230** | **WEJUWX** | **21APR25** |

Airport Handling/ Services a l'aeroport

SEQ 111    NO CARRY-ON    PorterClassic



7

**From: Do Not Reply** web-admin@dot.gov
**Subject:** Your Case with U.S. DOT
**Date:** April 22, 2025 at 1:16 PM
**To:** sfirsov1972@gmail.com



Thank you for contacting us concerning your air travel service issue. The U.S. Department of Transportation (DOT) seeks to ensure that airline passengers are treated fairly. Complaints and comments from consumers are helpful for determining whether airlines or ticket agents are complying with Federal aviation consumer protection and civil rights statutes and DOT regulations, and to track trends or spot areas of concern that warrant further action. Your complaint or inquiry will be assigned to a DOT analyst for review as appropriate.

Please note that the Department's Office of Aviation Consumer Protection is receiving a high volume of complaints. As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks to process your complaint. We apologize for the delay.

Thank you again for taking the time to contact us.

Office of Aviation Consumer Protection
U.S. Department of Transportation

** This is email is sent from an account used to send messages only. **

**From:** no-reply@flysas.com
**Subject:** Your Receipt from SAS for Other Service
**Date:** March 24, 2025 at 2:53 PM
**To:** SFIRSOV1972@gmail.com  SFIRSOV1972@GMAIL.COM



```
********************** ---------------------- ********************
EMD-117-4212246089 1    EMD PASSENGER RECEIPT        1A ELECTRONIC
                            MISCELLANEOUS
SCANDINAVIAN AIRLINES         24MAR25    US    DOCUMENT
SAS          33994741 7906 3975 /GTSU
FIRSOV/SERGEY                 PNR 2ID37G/1A NOT VALID FOR TRAVEL
BAGGAGE                       ********************

CPN 1 0BT PET IN CABIN
   OPERATING CC:SK
   ORIGIN:WAW
   DEST:CPH
   ICW: 1177210860193C3
   RMKS:

CPN 2 0BT PET IN CABIN
   OPERATING CC:SK
   ORIGIN:CPH
   DEST:YYZ
   ICW: 1177210860193C4
   RMKS:

WAW SK X/CPH SK YTO105.00USD105.00END
```

```
USD    105.00        VIXXXXXXXXXXXXX1112/ C 075317
USD         NEW TAXES  EXCH/
                ORIG ISS/
                      Org. Number SE 902001-7720
USD    105.00
FOID- PP37708545
```

WHERE THIS DOCUMENT IS ISSUED FOR TRANSPORTATION, OR SERVICES OTHER THAN
PASSENGER AIR TRANSPORTATION, SPECIFIC TERMS AND CONDITIONS MAY APPLY.
THESE TERMS AND CONDITIONS MAY BE PROVIDED SEPARATELY OR MAY BE OBTAINED
FROM THE ISSUING COMPANY OR AGENT.

DATA PROTECTION NOTICE: YOUR PERSONAL DATA WILL BE PROCESSED IN
ACCORDANCE WITH THE APPLICABLE CARRIER'S PRIVACY POLICY AND, IF YOUR
BOOKING IS MADE VIA A RESERVATION SYSTEM PROVIDER ("GDS"), WITH ITS
PRIVACY POLICY. THESE ARE AVAILABLE AT
http://www.iatatravelcenter.com/privacy OR FROM THE CARRIER OR GDS
DIRECTLY. YOU SHOULD READ THIS DOCUMENTATION, WHICH APPLIES TO YOUR
BOOKING AND SPECIFIES, FOR EXAMPLE, HOW YOUR PERSONAL DATA IS COLLECTED,
STORED, USED, DISCLOSED AND TRANSFERRED. (APPLICABLE FOR INTERLINE
CARRIAGE)

9

**From:** **Justfly.com** noreply@justfly.com
**Subject:** Your justfly.com booking is confirmed! Confirmation number: 272-348-391
**Date:** March 20, 2025 at 2:35 PM
**To:** Sergey sfirsov1972@gmail.com

J

 justfly.com

Support    My Booking    Make a New Booking



## Your Booking is Confirmed with justfly.com!

Booking Confirmation Number: **272-348-391**

Booking Status:  **CONFIRMED**

Air Canada Confirmation Number: **2ID37G**

## Travellers

**Sergey Firsov (Primary)**

Email:                                                    sfirsov1972@gmail.com

Phone:                                                    +1 650-996-6914

### Manage My Booking

Call for support: **1-681-224-4400**

## Itinerary

### Departure

**San Francisco (SFO Terminal I) to Copenhagen (CPH Terminal 3)**
Fri, Apr 18, 07:40 PM - Sat, Apr 19, 03:20 PM
Airline confirmation: **2ID37G** SAS SK-936
**Cabin:** Economy
**Fare:** Sas Go Smart

10

Flight time - 10h 40m

Layover: 4h 5m

**Copenhagen (CPH Terminal 2) to Warsaw (WAW)**
Sat, Apr 19, 07:25 PM - Sat, Apr 19, 08:50 PM
Airline confirmation: **2ID37G** SAS SK-8190
**Operated by:** LOT Polish Airlines
**Cabin:** Economy
**Fare:** Sas Go Smart
Flight time - 1h 25m

Total trip time: **16h 10m**

## Return

**Warsaw (WAW) to Copenhagen (CPH Terminal 3)**
Sun, Apr 20, 10:15 AM - Sun, Apr 20, 11:35 AM
Airline confirmation: **2ID37G** SAS SK-752
**Cabin:** Economy
**Fare:** Sas Go Smart
Flight time - 1h 20m

Layover: 1h 25m

**Copenhagen (CPH Terminal 3) to Toronto (YYZ Terminal 1)**
Sun, Apr 20, 01:00 PM - Sun, Apr 20, 03:40 PM
Airline confirmation: **2ID37G** SAS SK-949
**Cabin:** Economy
**Fare:** Sas Go Smart
Flight time - 8h 40m

Layover: 2h 40m

**Toronto (YYZ Terminal 1) to St. John's (YYT)**
Sun, Apr 20, 06:20 PM - Sun, Apr 20, 10:59 PM
Airline confirmation: **2ID37G** Air Canada AC-696
**Cabin:** Economy
**Fare:** Sas Go Smart
Flight time - 3h 9m

(1

Total trip time: **17h 14m**

## Support

|  **Messaging** |  **Text** |  **Call** |
|---|---|---|
| Message us 24/7 | Click here to text us | 1-800-717-5015 |

## Price Summary

| Product | Price |
|---|---|
| Base Fare (Adult) | USD 1,063.26 |
| Taxes & Fees (Adult) | USD 99.03 |
| **Total Price (Per Adult)** | **USD 1,162.29** |
| **Grand Total:** | **USD 1,162.29** |

Review us ★★★★★ on ★Trustpilot

## Additional information

**PAYMENT INFORMATION**
Please note that your credit card may be charged in multiple installments adding up to the grand total listed above. We kindly ask that you wait for the total amount to process before inquiring about credit card charges.

**FARE POLICIES, RULES AND RESTRICTIONS**
Please read the complete rules for changes, cancellations and refunds (refer to Fare Rules and our Terms & Conditions). Cancellation, routing and date changes are subject to airline rules and our fees, should these changes be allowed by the airline. Name changes are not permitted. Taxes and fees are included in the total ticket cost. Prices may not include baggage fees or other fees charges directly by the airline.

**BAGGAGE RULES AND FEES**
To view the baggage allowances of your ticket(s) and/or to request additional baggage, visit My Trips. Additional baggage purchases via My Trips are available for select airlines only. Please consult the airline's

12



13

**From:** **Sergey Firsov** sfirsov1972@gmail.com
**Subject:** Re: Thank you for contacting SAS. Your case number is 06844920 - thread::tNFlpv7aOAablqHyb7LqQi0::
**Date:** April 25, 2025 at 7:40 AM
**To:** Customer Claims customercare@sas.se

SF

Hello,
Did you read complaint??? Pet in cabin is the baggage. Dogs damaged

Regards
Sergey Firsov
+1 (650) 210-6804

On Fri, Apr 25, 2025, 06:52 Customer Claims <customercare@sas.se> wrote:



Dear Sergey Firsov,

Thank you for getting in touch with us.

Please get back to me with your baggage report number (PIR), it consists of 5 letters and 5 numbers, e.g. ARNSK12345. This serves as a proof of damage and helps us in handling your case.

If you haven't received a PIR or filed for a damaged bag report at the airport, we strongly recommend that you file a report in order to provide us with a baggage report number.

Please also include pictures of the damages as well as pictures of your bag tags (preferably still attached to the bag).

Also kindly elaborate your query further so that we can assist you accordingly.

The easiest way to send me this information is to reply to this email without changing the subject field.

Kind Regards,
**Aditya Chavan**
**SAS Customer Service**

**SAS**
**Scandinavian Airlines System**
**Denmark-Norway-Sweden**

Address: DK-2770 Kastrup / P.O. Box 144, NO-2061 Gardermoen / SE-195 87 Stockholm
Visit: Frösundaviks Allé 1

Reg. No. Denmark: 35421041 – Norway:961 510 740 – Sweden & International: 902001-7720
target="_blank">flysas.com, target="_blank">Facebook, target="_blank">Twitter,
target="_blank">Youtube

14

--------------- Original Message ---------------
**From:** SAS Customer Claims [customerservice-noreply@sas.se]

**From:** SAS Customer Claims [customerservice-noreply@sas.se]
**Sent:** 2025-04-23 05:17
**To:** sfirsov1972@gmail.com
**Subject:** Thank you for contacting SAS. Your case number is 06844920 - thread::tNFlpv7aOAablqHyb7LqQi0::



Dear Sergey Firsov,

Thank you for getting in touch with us. Your case number is 06844920.

If we need any further information related to your case we will get back to you.

Our current handling time is 2-4 weeks depending on the complexity of your case.

Did you know that you can follow the case in the App?

Download our SAS app from App Store or Google Play.

If you have questions before an upcoming trip with us or about our loyalty program EuroBonus, please call or chat directly with SAS Customer Service: Contact us

Kind Regards,

SAS Customer Service


*Information submitted*

**General Details**
Case Number 06844920.
Topic: Baggage
Subtopic: Baggage damaged
Type of Customer: Private customer
Claim comments: Air-conditioner was broken and make very dry air, so I'm not able to breathe comfortable, wants to drink, but it does not help. But I have 2 small dogs and one of them in hospital right now. You have to refund ticket price for me and 105$ for dog. Plus pay hospital expenses in Canada.

**Booking Details**
Booking reference:
Ticket number:
Date of departure: 2025-04-20
Flight number: SK0949

**Baggage Details**
PIR : Arnek00000

15

PIN : AifiskUUUUU
Baggage purchase price: 1 162,29
Baggage purchase year: 2 025

**Compensation Details**
Preferred compensation option:
Preferred reimbursement option: Voucher

**Contact Details**
Contact Name: Sergey Firsov
Company Name:
Reference:
Email: sfirsov1972@gmail.com
Phone: 6502106804
EuroBonus number: 737622696
Post Code: 94040
Country: United States

16

*Confidential*

VL-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: SERGEY FIRSOV | | |

FIRM NAME:

STREET ADDRESS: 333 ESCUELA AVE, APT 141

CITY: MOUNTAIN VIEW    STATE: CA    ZIP CODE: 94040

TELEPHONE NO.: 650-2106804    FAX NO.:

E-MAIL ADDRESS: SFIRSOV1972@GMAIL.COM

ATTORNEY FOR (name): IN PRO PER

| ☐ COURT OF APPEAL, | APPELLATE DISTRICT, DIVISION |
|---|---|
| ☒ District COURT OF CALIFORNIA, COUNTY OF San Francisco | |

STREET ADDRESS: 450 Golden Gate Avenue

MAILING ADDRESS: 450 Golden Gate Avenue

CITY AND ZIP CODE: SAN FRANCISCO, CA 94102

BRANCH NAME: NORTH CALIFORNIA DISTRICT COURT

PLAINTIFF/PETITIONER: SERGEY FIRSOV

DEFENDANT/RESPONDENT: SCANDINAVIAN AIRLINES OF NORTH AMERICA INC

OTHER:

## REQUEST TO FILE
## NEW LITIGATION BY VEXATIOUS LITIGANT

Type of case:  ☒ Limited Civil    ☐ Unlimited Civil    ☐ Small Claims
☐ Family Law    ☐ Probate    ☐ Other

CASE NUMBER:

1. I have been determined to be a vexatious litigant and must obtain prior court approval to file any new litigation in which I am not represented by an attorney. Filing new litigation means (1) commencing any civil action or proceeding, or (2) filing any petition, application, or motion (except a discovery motion) under the Family or Probate Code.

2. I have attached to this request a copy of the document to be filed and I request approval from the presiding justice or presiding judge of the above court to file this document *(name of document)*:
   Complaint, Cover sheet, APPLICATION in forma pauperis, summons

3. The new filing has merit because *(Provide a brief summary of the facts on which your claim is based; the harm you believe you have suffered or will suffer; and the remedy or resolution you are seeking)*:
   Defendant breached contract and failed to proivide chicken meal on international flight as promised orally before serving. Airline should refund the ticket price for bad quality flight and pay for emotional distress and punitive damages.

4. The new filing is not being filed to harass or to cause a delay because *(give reasons)*:
   Contract breached by Defendant

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 04/27/2025

SERGEY FIRSOV
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE)

Page 1 of 1

| Form Approved for Optional Use<br>Judicial Council of California<br>VL-110 [Rev. September 1, 2018] | **REQUEST TO FILE**<br>**NEW LITIGATION BY VEXATIOUS LITIGANT** | Code of Civil Procedure, § 391.7<br>*www.courts.ca.gov* |
|---|---|---|

For your protection and privacy, please press the Clear This Form button after you have printed the form.    | Print this form | Save this form |    | Clear this form |