Sergey Firsov
333 Escuela Ave, apt 141,
Mountain View, CA 94040
(650) 210-6804

IN PRO PER

FILED

MAY 12 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



NORTH CALIFORNIA DISTRICT COURT

OAKLAND COURTHOUSE

| SERGEY FIRSOV, | ) Case No.: 25-CV-03691-KAW |
| Plaintiff, | ) MOTION TO DISQUALIFY JUDGE FOR CAUSE UNDER CCP 170.1 |
| vs. | ) DEPARTMENT 4 |
| | ) DATE: |
| SAS AIRLINES, INC | ) TIME: |
| Defendant | ) |

Please take a NOTICE that on ___ _____ 2025 at _____ or soon in Department 4 of this court Plaintiff SERGEY FIRSOV will and hereby does move the court for Motion to disqualify judge for cause for violation of California Rules of Court 2025, Code of Judicial Ethics, improper conduct, prejudgment and bias against Plaintiff. Motion is based on CCP 170.1.

STATEMENT OF FACTS

1. Confidential application IFP was filed as regular document, court violated privacy of Plaintiff for income and expenses.

2. Summons has not filed yet, so nothing to serve.

3. Motion to reconsider FW-006 with stamp CONFIDENTIAL was filed as regular document.

4. Court clerk told Plaintiff that they have not AN ABILITY to file documents under the seal and Plaintiff has to ask judge about EACH document to seal.

5. On 05/02/25 Judge ordered Plaintiff to inform court about any address change.

## MEMORANDUM OF POINT AND AUTHORITIES

California Code of Judicial Ethics based on ABA Model code of judicial conduct. According to Canon 1 judge upholds integrity and independence of judiciary, because judge should avoid conduct that undermines public confidence in the judiciary. Disrespect behavior could erode trust to the court. Judge looked at other Plaintiff's cases in this court and has found that Eviction case is pending in Santa Clara superior court and Plaintiff may be HOMELESS soon, does mean judge afraid that Plaintiff will miss her orders and ordered to inform court about any changes in address. But it does mean that judge not respect litigants. This implying improper bias based on financial status of litigants and prejudgement to Plaintiff.

According to Canon 2 judge must act in manner that promotes public confidence in their impartiality and fairness. Ignoring filed documents with label CONFIDENTIAL judge violated duty of confidentiality and creates an appearance of bias or carelessness. People knew Plaintiff's income and expenses due judge inaction.

According to Canon 3B(4) judge must be patient, dignified and courteous to litigants, witness and other guest. Failure to read Plaintiff's documents and put it under the seal creates an appearance courteous to litigants.

According to Canon 3B(7) judge must avoid ex-parte communications and safeguard confidential proceeding. Judge ignored Plaintiff's request for hearing and not seal it as mentioned on TOPIC.

According to Canon 3B(8) judge must decide matter based on legally

relevant factors, but not personal opinions or unrelated cases. Judge violated this rule and read other cases and make personal opinion about Plaintiff and illegally ordered to inform about date of homeless.

Application IFP and Fee waiver request for hearing are confidential documents under California Rules of court, Rule 3.50-3.63. Judge violated his duty to seal Plaintiffs documents and violated Plaintiff's confidentiality.

Judge violated Amendments 5th and 14th to Constitution because destruction behavior and improper order without a fair hearing could raise due process concerns. Who will trust the judge who ignoring and not reading documents?

Judge will be changed in ANY WAY for bias, but Plaintiff is asking to do it voluntarily.

## LEGAL ARGUMENTS

In case "People vs Superior court (Greer)" 1977, 19 Cal 3d 255 judge made prejudicial comments suggesting bias against defendant. Supreme Court helds that judge statement created unacceptable appearance of bias and disqualified judge.

In case "Lindsay vs Superior court" (2016) 245 Cal App 4th 938 judge made ruling suggesting prejudgment. Court of Appeal granted disqualification under CCP 170.1

In case "Curle vs Superior court" (2001) 24 Cal 4th 1057 judge refused to recuse despite clear bias. Supreme Court emphasized that even bias as appearance of bias is enough for disqualification under CCP 170.1

## CONCLUSION

Judge KANDIS WESTMORE should recuse herself and move to different

court because violated Plaintiffs privacy and ignored request for hearing. All applications in proceed in forma pauperis should be sealed. Summons should be filed. District court Rules of courts should be changed. Court clerks should be trained to compliance with litigants privacy. Filing system in the court should be changed and court clerks should get access by default to file documents under the seal.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and accurate to the best of my knowledge.

Dated: May 9, 2025                    Sergey Firsov / IN PRO PER