NORTH CALIFORNIA DISTRICT COURT

OARKLAND COURTHOUSE

| | |
|---|---|
| SERGEY FIRSOV,<br><br>    Plaintiff,<br><br>vs.<br><br>SAS AIRLINES, INC<br><br>    Defendant | Case No.: 25-CV-03691-KAW<br><br>REQUEST FOR ACTION;<br><br>PROPOSED ORDER<br><br>DEPARTMENT 4 |

Dated: May ___, 2025                To judge: KANDIS WESTMORE

For your review and instruction:

Plaintiff SERGEY FIRSOV filed Motion to disqualify judge under CCP 170.1. Is the challenge timely?

_____
Legal process clerk

COURT ORDER

File a stamp ☐        Schedule hearing ☐

No action required ☐     Order as following ☐

_____
_____
_____
_____

Dated: May ___, 2025              judge: KANDIS WESTMORE

RECEIVED MAY 12 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA