UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY FIRSOV,<br><br>        Plaintiff,<br><br>    v.<br><br>SCANDINAVIAN AIRLINES SYSTEM DENMARK-NORWAY-SWEDEN,<br><br>        Defendant. | Case No. 25-cv-03691-EMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Docket No. 72 |

Currently pending before the Court is Mr. Firsov's motion for a default judgment. The motion is denied. The Clerk of Court has declined to enter the default of SAS. Mr. Firsov asserts that the Clerk of the Court negligently declined to enter SAS's default. That is incorrect. Mr. Firsov served his amended complaint on SAS by personally serving a supervisor in SFO. *See* Firsov Decl. ¶ 4; *see also* Docket No. 65 (proof of service). But Mr. Firsov has failed to show that the SFO employee was SAS's agent for service of process. *See* Fed. R. Civ. P. 4(h) (providing that a domestic or foreign corporation may be served by personally delivering a copy of the summons and complaint "to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process"); *see also* Docket No. 58 (Order at 3 n.4) (indicating that SAS's contention that Mr. Firsov had not properly served it had merit).

This order disposes of Docket No. 72.

**IT IS SO ORDERED**.

Dated: December 11, 2025

_____
EDWARD M. CHEN
United States District Judge