UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY FIRSOV,<br><br>        Plaintiff,<br><br>        v.<br><br>SCANDINAVIAN AIRLINES SYSTEM DENMARK-NORWAY-SWEDEN,<br><br>        Defendant. | Case No. 25-cv-03691-EMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER**<br><br>Docket No. 89 |

Pending before the Court is Mr. Firsov's motion to reconsider. Specifically, Mr. Firsov asks that the Court reconsider its order granting SANA/SAS attorneys' fees (as a sanction against Mr. Firsov) in the amount of $722. *See* Docket No. 88 (Order at 12).

The motion to reconsider is **DENIED**. First, the Court's prior order stated that no further motions should be filed until after the Court adjudicates a forthcoming motion to dismiss by SAS. *See* Docket No. 88 (Order at 13). Second, even if that were not a bar, Mr. Firsov has failed to show that he should be given leave to file a motion to reconsider. *See* Civ. L.R. 7-9(b). Third, even if he had satisfied Civil Local Rule 7-9(b), his motion lacks substantive merit. Mr. Firsov has failed to establish that he timely filed a response regarding the amount of fees. Likewise, he has failed to establish that the Clerk's Office lost his allegedly timely filed brief. More important, the Court did not grant fees solely because Mr. Firsov did not file a timely response. Rather, the Court also addressed the merits of the arguments made in Mr. Firsov's untimely response. *See* Docket No. 88 (Order at 12) ("What an attorney earns as a salary is a different matter from what is charged to a client. The hourly rate claimed is also reasonable."). Finally, the Court notes that, in his current motion, Mr. Firsov makes new arguments that he could have, but did not, make in his

1  untimely response.  *See* Mot. at 2.  Those arguments also lack merit.  For example, the fact that
2  SAS has hired outside counsel to represent it in litigation is reasonable.
3      The Court reiterates that **NO** further motions are to be filed in this case until after
4  adjudication of SAS's forthcoming motion to dismiss.  Mr. Firsov risks being subjected to civil
5  contempt and/or sanctions should he continue to disregard Court orders.
6      This order disposes of Docket No. 89.

8      **IT IS SO ORDERED**.

10 Dated: December 22, 2025

_____
EDWARD M. CHEN
United States District Judge