United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

Plaintiff,

v.

SCANDINAVIAN AIRLINES SYSTEM DENMARK-NORWAY-SWEDEN,

Defendant.

Case No. 25-cv-03691-EMC

**ORDER TO SHOW CAUSE**

Docket No. 116

Previously, SANA/SAS moved to hold Mr. Firsov in civil contempt because Mr. Firsov had failed to pay the monetary sanctions award ($722) issued by the Court in their favor. The Court deferred ruling on the motion for contempt because, at the hearing on the motion, Mr. Firsov stated he would pay the monetary sanctions owed on an installment plan. SANA/SAS have now filed a declaration in which their counsel states that Mr. Firsov has not made any payment. The deadline for the first payment passed several weeks ago. The next installment was due August 2, 2026.

In light of the declaration from SANA/SAS counsel, the Court hereby orders Mr. Firsov to show cause as to why he should not be held in contempt for failure to pay the monetary sanctions as ordered by the Court. The Court has already warned Mr. Firsov that, if he "fails to make each and every payment, the Court is inclined to find Mr. Firsov in contempt, award attorneys' fees, and issue coercive sanctions (*e.g.*, sanction Mr. Firsov $50 **a day** for each day that the monetary sanctions are not paid **in full**)." Docket No. 112 (minutes) (emphasis added).

Mr. Firsov shall file a response to this order to show cause by **August 20, 2026**. Mr. Firsov can discharge the order to show cause if he pays the **full** amount of the monetary sanctions

($722) by **August 20, 2026**, and submits proof that he has paid the full monetary sanctions ($722) by **August 20, 2026**. If Mr. Firsov fails to show cause or otherwise discharge this order to show cause, the Court shall issue coercive sanctions as indicated above (*i.e.*, $50 per day) and further shall award attorneys' fees to SANA/SAS – at the very least, the reasonable fees incurred with respect to the motion for civil contempt.

**IT IS SO ORDERED**.

Dated: August 5, 2026

EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California