United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY FIRSOV,<br>Plaintiff,<br>v.<br>SCANDINAVIAN AIRLINES SYSTEM DENMARK-NORWAY-SWEDEN,<br>Defendant. | Case No. 25-cv-03691-EMC<br>**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE**<br>Docket Nos. 105, 117, 119 |

Previously, the Court issued an order to show cause ("OSC"). The OSC issued after Mr. Firsov failed to make the initial installment payments that *he* voluntarily offered to make to avoid being held in civil contempt and subject to contempt sanctions. *See* Docket No. 117 (OSC). Mr. Firsov has now filed a response to the OSC. He has also filed a motion to strike. *See* Docket No. 119 (motion).

The Court **DENIES** Mr. Firsov's motion to strike. Mr. Firsov moved to strike SANA/SAS's declaration which informed the Court of his failure to make the initial installment payments. According to Mr. Firsov, the declaration should be stricken because it implicitly seeks relief from the Court but is not a motion. Mr. Firsov's argument is frivolous. The Court expressly deferred ruling on SANA/SAS's motion for civil contempt so that Mr. Firsov could make the installment payments. *See* Docket No. 112 (minutes). The SANA/SAS declaration is relevant to that deferred motion.

As for Mr. Firsov's response to the OSC, none of the arguments contained therein has merit. For example, Mr. Firsov suggests that the Court's minute order is not enforceable. But he cites no authority to support that position and, in any event, the minute order simply memorialized

United States District Court
Northern District of California

oral rulings made by the Court at the hearing on the contempt motion. Mr. Firsov also claims an inability to pay. However, he voluntarily offered to make installment payments, and there is nothing to show that his situation has materially changed since the June 2026 hearing on the contempt motion. Mr. Firsov further asserts that the Court did not bar him from missing installment payments but that is contrary to the language in the minute order. *See* Docket No. 112 (minutes) ("The first payment *shall* be made by July 2, 2026. Each subsequent payment *shall* be made on the second of each month.") (emphasis added). Finally, Mr. Firsov complains that, to make a wire transfer of funds to SANA/SAS, he will have to incur a $40 fee – and this fee will have to paid for each of his six installment payments. But Mr. Firsov has not sufficiently shown that he met and conferred with SANA/SAS on a different method of payment. Mr. Firsov simply chose to let the installment deadlines pass instead.

Given Mr. Firsov's continued intransigence, the Court now orders as follows.

1. The Court rescinds its prior order in which it allowed Mr. Firsov to make installment payments. Mr. Firsov is now ordered to make the **full** payment of $722 to SANA/SAS by **September 10, 2026**. Mr. Firsov must pay by the method identified by SANA/SAS, even if that requires him to pay a $40 fee. Because the Court is now ordering Mr. Firsov to make the full payment of $722, he will only have to incur at most one $40 fee. The Court also finds that SANA/SAS's method of payment is reasonable as it is the best means by which to ensure the money is sent and received.

2. By **September 10, 2026**, Mr. Firsov shall file a declaration certifying that he paid the full payment of $722 to SANA/SAS. By **September 17, 2026**, SANA/SAS shall file a declaration addressing whether the funds have been received. If the full payment is not made by **September 10, 2026,** and SANA/SAS certifies such in its declaration, then the Court shall find

/ / /

/ / /

/ / /

/ / /

/ / /

Mr. Firsov to be in civil contempt and shall issue coercive monetary sanctions: $50 a day for each day that the $722 is not paid in full. In addition, the Court shall award SANA/SAS their attorneys' fees – specifically, fees related to their motion for civil contempt.

This order disposes of Docket No. 119.

**IT IS SO ORDERED**.

Dated: August 10, 2026

EDWARD M. CHEN
United States District Judge