United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY FIRSOV,<br>Plaintiff,<br>v.<br>SCANDINAVIAN AIRLINES SYSTEM DENMARK-NORWAY-SWEDEN,<br>Defendant. | Case No. 25-cv-03691-EMC<br><br>**ORDER AMENDING SCOPE OF PREFILING ORDER** |

The Court previously deemed Mr. Firsov a vexatious litigant and imposed a prefiling order. At the time the Court issued its order, it limited the scope of the prefiling review.

> Given Mr. Firsov's conduct to date, the Court concludes that prefiling review is needed only with respect to lawsuits that Mr. Firsov files against airlines specifically. This does not mean the Court is precluding a broader prefiling order from being imposed on Mr. Firsov in the future. Mr. Firsov is forewarned that should he continue to litigate as he has done, he risks being sanctioned with a broader prefiling order. But, at this juncture, the Court shall require prefiling review only where a named defendant is an airline.

Docket No. 113 (Order at 21-22).

The Clerk's Office has alerted the Court to a new case filed by Mr. Firsov. *See Firsov v. Skytripfare, LLC*, No. C-26-7889 PHK (N.D. Cal.). The defendants are not airlines but advertise and sell airline tickets, and thus are part of or at least related to the airline industry. The claims Mr. Firsov makes against the defendants are similar to the claims he made against the airlines he previously sued. The Court finds that Mr. Firsov has acted in bad faith; in effect, he is trying to work around the Court's prefiling order. The Court thus amends the scope of its prefiling order as follows:

The Clerk of this Court shall not file or accept any further complaints or other case initiating documents filed by or on behalf of Mr. Firsov alleging any claims against an airline **or a person or entity that is a part of or related to the airline industry**, unless and until that complaint or other filing has first been reviewed by the General Duty Judge of this Court and approved for filing, or if Mr. Firsov is represented by a licensed attorney admitted to practice in this Court.

If Mr. Firsov wishes to file a pro se complaint or other case-initiating document against an airline **or a person or entity that is a part of or related to the airline industry**, he shall first provide the following documents to the Clerk of this Court:

- The complaint or other case-initiating document Mr. Firsov wishes to be filed; and
- A letter explaining why the filing is not frivolous legally and factually, along with a copy of this Order.

The Clerk of the Court shall then forward the document presented for filing, Mr. Firsov's letter, and a copy of this Order to the General Duty Judge. If the General Duty Judge determines the complaint or other case-initiating document should not be accepted for filing because it is frivolous, the Clerk shall return the complaint to Mr. Firsov without filing it.

Any action filed in violation of this order will be subject to sua sponte dismissal.

Any action filed in another forum and removed or transferred to this Court will be subject to similar review by the assigned judge of this Court.

Because Mr. Firsov has acted in bad faith, the Court makes the amended prefiling order **retroactive** – *i.e.*, the amended prefiling order is effective as of June 23, 2026, which is the date of the original prefiling order. Thus, any new case that Mr. Firsov filed after June 23, 2026, is subject to the amended prefiling order. This includes *Firsov v. Skytripfare, LLC*, No. C-26-7889 PHK (N.D. Cal.).

/ / /

/ / /

/ / /

/ / /

Mr. Firsov is advised again that the scope of the prefiling order, and/or the terms of the prefiling order, may be **modified** if he continues to litigate as he has done. To be clear, this prefiling order is subject to amendment by not only this Court but also by any other judge in the District, as they deem necessary.

**IT IS SO ORDERED**.

Dated: August 21, 2026

EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California