UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

Plaintiff,

v.

SCANDINAVIAN AIRLINES SYSTEM DENMARK-NORWAY-SWEDEN,

Defendant.

Case No. 25-cv-03691-EMC

**ORDER DENYING PLAINTIFF'S MOTION TO EXTEND DEADLINE AND MOTION TO STAY SANCTIONS**

Docket Nos. 122-23

Pending before the Court are two motions filed by Mr. Firsov. Both relate to monetary sanctions issued by the Court ($722). In the first motion, Mr. Firsov asks the Court to extend the deadline by which he has to pay the sum. Currently, the sanctions must be paid to SANA/SAS by September 10, 2026. Mr. Firsov asks for an extension of the deadline to December 10 or 20, 2026. In the second motion, Mr. Firsov asks the Court to stay the sanctions.

Both motions are **DENIED**. Mr. Firsov has failed to establish that he is financially unable to pay. It is for that reason, in fact, that judges in this District have denied his applications to proceed in forma pauperis. Moreover, the Court gave Mr. Firsov the opportunity to pay on an installment plan – which he himself suggested – but Mr. Firsov flouted the Court's order by failing to make even the first payment due. To the extent Mr. Firsov complains that he has not been

/ / /

/ / /

/ / /

/ / /

/ / /

United States District Court
Northern District of California

refunded a Court filing fee as ordered by Judge Gonzalez Rogers in a different case (No. C-26-1131 YGR), or that defendants in a different case have failed to pay the service-of-process fees he incurred as ordered by Judge Freeman (No. C-26-0343 BLF), that is a different matter. It does not establish his inability to pay the sanctions assessed in this case.

This order disposes of Docket No. 122.

**IT IS SO ORDERED**.

Dated: August 21, 2026

EDWARD M. CHEN
United States District Judge