United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

Plaintiff,

v.

SCANDINAVIAN AIRLINES SYSTEM DENMARK-NORWAY-SWEDEN,

Defendant.

Case No. 25-cv-03691-EMC

**ORDER DENYING PLAINTIFF'S "MOTION FOR RELIEF FROM JUDGMENT"**

Docket No. 130

Mr. Firsov has filed a "motion for relief from judgment" in which he challenges the Court's issuance of a prefiling order based on its finding that he is a vexatious litigant. His motion repeats arguments made in motions already rejected by the Court. *See* Docket No. 128 (order denying motion for disqualification and granting motion to reconsider but denying relief). The new motion is, accordingly, **DENIED**. The Court shall address in a separate order Mr. Firsov's failure to pay the monetary sanctions awarded by the Court.

This order disposes of Docket No. 130.

**IT IS SO ORDERED**.

Dated: September 23, 2026

EDWARD M. CHEN
United States District Judge