UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY FIRSOV,<br>Plaintiff,<br>v.<br>SCANDINAVIAN AIRLINES SYSTEM DENMARK-NORWAY-SWEDEN,<br>Defendants. | Case No. 25-cv-03691-EMC<br>**ORDER DENYING PLAINTIFF'S MOTION FOR SETOFF OR STAY OF SANCTIONS**<br>Docket No. 133 |

The Court previously issued monetary sanctions against Mr. Firsov in the amount of $722. Mr. Firsov now moves for relief, claiming that defense counsel owes him sanctions in *Firsov v. Polskie Linie Lotnicze LOT SA*, No. C-26-5195 JST, in the amount of $715 and therefore the Court should set off that amount against the $722 he owes here (or alternatively stay the sanctions here). The Court **DENIES** Mr. Firsov's motion. Judge Tigar has not awarded Mr. Firsov any monetary sanctions in the *Polskie* case. Moreover, even if Mr. Firsov was entitled to monetary sanctions in *Polskie*, the sanctions would be owed by the defendant(s) in that case. The instant case involves a different defendant(s) entirely. The fact that the same defense counsel represents one of the defendants in *Polskie* is immaterial.

This order disposes of Docket No. 133.

**IT IS SO ORDERED**.

Dated: September 25, 2026

EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California