United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

Plaintiff,

v.

SCANDINAVIAN AIRLINES SYSTEM DENMARK-NORWAY-SWEDEN,

Defendant.

Case No. 25-cv-03691-EMC

**ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER**

Docket No. 134

Previously, the Court issued an order finding Mr. Firsov in civil contempt based on his failure to comply with the Court's order that he pay SANA/SAS $722 as a monetary sanction. *See* Docket No. 132 (order). Mr. Firsov now moves for reconsideration of that order. The motion is **DENIED**.

As an initial matter, Mr. Firsov should have filed a motion for leave to file a motion for reconsideration, as required by the Civil Local Rules. *See* Civ. L.R. 7-9.

Putting aside that procedural deficiency, Mr. Firsov has failed to show that reconsideration is warranted because, *e.g.*, the civil contempt finding and sanctions constitute a manifest injustice. Mr. Firsov's suggestion that he was not given due process lacks merit. He has been given notice and multiple opportunities to be heard, as indicated in the Court's order recounting the history of the proceedings leading to its finding of civil contempt. *See* Docket No. 132 (order).

With respect to Mr. Firsov's repeated claim of inability to pay, the Court has already addressed that matter in its prior orders, including its civil contempt order. *See* Docket No. 132 (Order at 3) ("[Mr. Firsov] was able to pay the Court filing fee for multiple cases, and he has not shown he cannot make even installment payments as he **voluntarily** offered to do. Furthermore,

even if Mr. Firsov has a negative balance on one checking account, that does not mean Mr. Firsov does not have other assets (including, but not limited to, other checking accounts or savings accounts).") (emphasis in original). For the record, the Court notes that Mr. Firsov appears to have paid the $405 filing fee for each of the following cases.

1. *Firsov v. Frontier Airlines, Inc.*, No. C-25-2898 SVK. 7/8/2025 paid.
2. *Firsov v. Skyscanner, Inc.*, No. C-25-3198 JST. 7/21/2025 paid.
3. *Firsov v. Austrian Airlines AG*, No. C-25-3504 PCP. 8/1/2025 paid.
4. *Firsov v. Turkish Airlines, Inc.*, No. C-25-3689 AGT. 8/1/2025 paid.
5. *Firsov v. United Airlines, Inc.*, No. C-25-3784 BLF. 7/21/2025 paid.
6. *Firsov v. JetBlue Airways Corp.*, No. C-25-5240 TLT. 7/21/2025 paid.
7. *Firsov et al v. Qatar Airways Grp.*, No. C-25-5325 BLF. 8/30/2025 paid.
8. *Firsov v. Aerovias Del Continente Americano S.A. Avianc*a, No. C-25-5481 NW. 8/29/2025 paid.
9. *Firsov v. Alaska Airlines, Inc.*, No. C-25-5487 NW. 8/15/2025 paid.
10. *Firsov v. American Airlines, Inc.*, No. C-25-7709 RS. 10/30/2025 paid.
11. *Firsov v. Swiss International Air Lines Ltd.*, No. C-25-8824 VC. 7/14/2026 paid.
12. *Firsov v. Deutsche Lufthansa Aktiengesellschaft*, No. C-25-9203 EJD. 10/31/2025 paid.
13. *Firsov et al v. Turkish Airlines Inc.*, No. C-26-0304 JSC. 2/2/2026 paid.
14. *Firsov v. Scandinavian Airlines System Denmark-Norway-Sweden*, No. C-26-0305 JD. 2/2/2026 paid.
15. *Firsov v. Skywest Airlines, Inc.*, No. C-26-0343 BLF. 2/24/2026 paid.
16. *Firsov v. Deutsche Lufthansa Aktiengesellschaft*, No. C-26-0679 AMO. 2/27/2026 paid.
17. *Firsov v. Wizfair, LLC*, No. C-26-3425 RS, 6/16/2026 paid.
18. *Firsov v. Deutsche Lufthansa Aktiengesellschaft*, No. C-26-4981 KAW. 8/6/2026 paid.
19. *Firsov v. Starlux Airlines Co., Ltd.*, No. C-26-5047 JST. 8/10/2026 paid.

United States District Court
Northern District of California

20. *Firsov v. Polskie Linie Lotnicze LOT S.A.*, No. C-26-5195 JST. 7/24/2026 paid.

21. *Firsov v. United Airlines, Inc.*, No. C-26-6165 JD. 8/10/2026 paid.

22. *Firsov-v-Scandinavian Airlines System Denmark-Norway-Sweden*, No. C-26-8076 AGT. 8/20/2026 paid.

As reflected by the above, in 2026 alone, Mr. Firsov seems to have paid more than $4,000 in filing fees.

This order disposes of Docket No. 134.

**IT IS SO ORDERED**.

Dated: September 25, 2026

EDWARD M. CHEN
United States District Judge