United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

Plaintiff,

v.

SCANDINAVIAN AIRLINES SYSTEM DENMARK-NORWAY-SWEDEN,

Defendant.

Case No. 25-cv-03691-EMC

**ORDER DENYING PLAINTIFF'S MOTION TO DISQUALIFY**

Docket No. 137

Mr. Firsov has moved for the disqualification of the undersigned. This is the fourth motion to disqualify that Mr. Firsov has filed. The first was directed against Judge Westmore; the remainder have been directed against the undersigned.[1] Mr. Firsov moves for disqualification on the basis of personal bias. There is nothing but speculation to support his claim of personal bias. Ultimately, Mr. Firsov is moving for disqualification because of adverse rulings. As the Court has noted before, that is not a basis that warrants disqualification. Mr. Firsov's motion is **DENIED**.

This order disposes of Docket No. 137.

**IT IS SO ORDERED**.

Dated: September 29, 2026

EDWARD M. CHEN
United States District Judge

[1] Mr. Firsov also sought to have this case transferred to a different venue. The Court denied the request, noting that "[t]he motion to transfer is, in effect, an attempt to obtain a different adjudicator where there is no basis for doing so." Docket No. 103 (Order at 3).