United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY FIRSOV,<br>Plaintiff,<br>v.<br>SCANDINAVIAN AIRLINES SYSTEM DENMARK-NORWAY-SWEDEN,<br>Defendant. | Case No. 25-cv-03691-EMC<br>**ORDER DENYING PLAINTIFF'S MOTION TO MODIFY OR STAY CIVIL CONTEMPT ORDER**<br>Docket No. 139 |

Mr. Firsov has moved the Court to modify or stay its civil contempt order. He asserts that he has lost his job because "Judge called to [his] work with complaints" and, as a result, he was "fired immediately." Mot. at 1; *see also* Mot. at 2 ("On 09/24/26 Plaintiff has got a call, that he is fired immediately for harassing federal and using company devices inapprop[r]iate[ly]."). He also claims that he has no savings.

As an initial matter, the Court notes that Mr. Firsov's appeal has not divested the Court of jurisdiction over the pending motion. Mr. Firsov's appeal – on its face – concerns the vexatious litigant order issued by the Court. The pending motion concerns a different order issued by the Court – *i.e.*, its civil contempt order.

Turning to the merits of Mr. Firsov's motion, the Court **DENIES** his request for relief. First, the Court did not call Mr. Firsov's employer to complain about him. Second, Plaintiff has failed to sufficiently establish that he cannot pay the $722 monetary sanctions which he has had months to pay. *See* Docket No. 132 (Order at 1) (noting that Mr. Firsov was to pay the monetary sanctions by December 31, 2025); Docket No. 136 (Order at 3) (noting that, "in 2026 alone, Mr. Firsov seems to have paid more than $4,000 in filing fees"). The coercive sanctions ($50/day) do

not begin until October 15, 2026. Mr. Firsov can avoid the coercive sanctions by paying SANA/SAS the $722 owed. While the Court has ordered compensatory sanctions as well (SANA/SAS's attorneys' fees), that amount has yet to be determined.

This order disposes of Docket No. 139.

**IT IS SO ORDERED**.

Dated: October 7, 2026

EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California